1028

No. 00–8957. BAYRAMOGLU *v.* MADDOCK, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8960. WACKERLY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–8963. ROGERS *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–8964. BAYRAMOGLU *v.* MADDOCK, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8990. SALAAM *v.* CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9049. BOLIEN *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 00–9057. ZILICH *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–9073. ARREOLA *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9078. LANG *v.* ROGERSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 00–9089. VALLERY *v.* SMALLS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9094. GEORGIOU *v.* HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.

No. 00–9103. MERJIL *v.* CLARKE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–9126. DILLARD *v.* BUMGARNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9129. PARKER *v.* LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–9137. STONE *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.